ACCEPTED
04-14-00378-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/5/2015 11:31:04 AM
KEITH HOTTLE
CLERK

## NO. 04-14-00378-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **FOURTH COURT** |
| | § | |
| **ROBERT GARCIA** | § | **OF APPEALS** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
6/5/2015 11:31:04 AM
KEITH E. HOTTLE
Clerk

## MOTION FOR REHEARING

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes ROBERT GARCIA, Appellant in the above styled and numbered cause, and files this Motion for Rehearing, pursuant to Rule 49.7 of the Texas Rules of Appellate Procedure, and shows the following:

1.    This case is on appeal from the 79th Judicial District Court of Brooks County, Texas.

2.    The case below was styled the <u>STATE OF TEXAS vs. ROBERT GARCIA</u>, and numbered <u>13-04-10924-CR</u>.

3.    Appellant was convicted of Aggravated assault and engaging in organized crime.

4.    An opinion was issued by a Panel of the Fourth Court of Appeals on May 13, 2015.

5.    Appellant's deadline for filing a Motion for Re-hearing was on May 28, 2015.

6.    A Motion to Extend Time has been filed at the same time as this Motion for Rehearing.

7.    Appellant requests a rehearing on the following grounds:

First Ground:

1) The Court of Appeals was in error by not addressing Appellant's

argument that an "Affirmative Finding of a Deadly Weapon" must be entered in the judgment as provided for in <u>Rivers vs. State</u> 99SW3657 in order to disqualify Appellant for shock probation.

Second Ground:

The Court of Appeals was in error by allowing the trial Court to enter a Nun Pro Tunc Judgment more than 100 days after the trial Court plenary power had expired correcting a "Substantive" error by reforming the judgement to show affirmative finding of use of a deadly weapon in the original judgement.

8. Appellant requests that this matter be set for rehearing with oral arguments.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Motion for Rehearing, for oral argument and set aside the opinion previously issued and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

DAVID T. GARCIA
721 E. King
KINGSVILLE, TX 78363
Tel: (361) 595-4142
Fax: (361) 595-0544

By:_____
DAVID T. GARCIA
State Bar No. 07631800
davidtgarcia0881@gmail.com
Attorney for ROBERT GARCIA

By:_____

DAVID T. GARCIA
State Bar No. 07631800
davidtgarcia0881@gmail.com
Attorney for ROBERT GARCIA

## CERTIFICATE OF SERVICE

This is to certify that on ___June 5___, ___2015___, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Kleberg County, 700 E. Kleberg Ave., Kingsville, Texas 78363, by hand delivery.

_____

DAVID T. GARCIA